

**Epstein Drangel LLP**
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2021
```

November 30, 2021

**VIA ECF**
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse, Courtroom 15B
500 Pearl St.
New York, New York 10007

    Re: *Moonbug Entertainment Limited and Treasure Studio Inc., v. Ama_Store, et al.*
      <u>Request to Dispose of Misc. Case No. 21-mc-835</u>

Dear Judge Marrero,

  We represent Plaintiffs Moonbug Entertainment Limited and Treasure Studio Inc. ("Plaintiffs"), in the above-referenced action ("Action").[1] We respectfully submit this letter requesting that miscellaneous case number 21-mc-835 be disposed in its entirety.

  On November 29, 2021, Plaintiffs filed a Sealing Application, however, shortly thereafter, Plaintiffs noticed an error in Plaintiffs' Proposed Order. As soon as Plaintiffs discovered the error, Plaintiffs' counsel contacted the ECF Help Desk who instructed Plaintiffs to refile the Sealing Application in its entirety, and to file a letter requesting that case number 21-mc-835 be disposed. On November 30, 2021, Plaintiffs re-filed their Sealing Application, which was assigned a new miscellaneous case number 21-mc-836.

  Based on the above, Plaintiffs respectfully request that case 21-mc-835 be disposed in its entirety.

  We thank the Court for its time and attention to this matter.

             Respectfully submitted,

             **EPSTEIN DRANGEL LLP**

             BY: _____
               Danielle S. Futterman (DY 4228)
               dfutterman@ipcounselors.com

---

Request **GRANTED.** For the reasons stated above, the Clerk of Court is directed to close this docket.

**So Ordered.**
December 1, 2021    /s/ Victor Marrero
          Victor Marrero
         U.S.D.J.

---

[1] ...ould be understood as it is defined in Plaintiffs' Proposed

Hon. Victor Marrero
November 30, 2021
Page 2

        Jason M. Drangel (JD 7204)
        jdrangel@ipcounselors.com
        Ashly E. Sands (AS 7715)
        asands@ipcounselors.com
        Nabeela M. Hanif
        nhanif@ipcounselors.com
        Gabriela N. Nastasi
        gnastasi@ipcounselors.com
        Karena K. Ioannou
        kioannou@ipcounselors.com
        60 East 42nd Street, Suite 2520
        New York, NY 10165
        Telephone:   (212) 292-5390
        Facsimile:    (212) 292-5391
        *Attorneys for Plaintiffs*
        *Moonbug Entertainment Limited and*
        *Treasure Studio Inc.*